## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 23, 2014

Beverly Crespo
PO BOX 760
FLOWERY BRANCH, GA 30542

Carey Crespo
PO BOX 760
FLOWERY BRANCH, GA 30542

Appeal Number:  13-11325-CC
Case Style:  Carey Crespo, et al v. Coldwell Banker Mortgage, et al
District Court Docket No:  2:12-cv-00211-RWS

The appendix filed by you in the referenced appeal is deficient because it does not include the following items from the record as required by 11th Cir. R. 30-1:

Indexing tabs (should be extended to the right-hand side.

The appendix is deficient because of no Certificate of Service (requires: name, address, date and mode of service upon opposing party and should be signed in blue ink)

One copy of your appendix will be filed, subject to receipt of one (1) copy of a corrected appendix within **FOURTEEN (14) DAYS** from this date.

If you intend to make the corrections to the existing appendix, you may contact the clerk's office to make arrangements for their return. You may, instead, submit a new appendix that includes the necessary corrections. HOWEVER, DO NOT AMEND THE ORIGINAL CERTIFICATE OF SERVICE DATE.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Mary Marshall
Phone #: (404) 335-6223

APPX-1 Appendix deficiency letter